# Third District Court of Appeal
## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1829
Lower Tribunal No. F16-18148
_____

**Sedrick Wright,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Brownstone, P.A., and Robert L. Sirianni, Jr. (Winter Park), for appellant.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.